# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151680

PILGRIM'S REST BAPTIST CHURCH,
a/k/a PILGRIM'S REST MISSIONARY
BAPTIST CHURCH, NATHAN MAYFIELD,
and STEPHON BLACKWELL,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

                SC: 151680
                COA: 318797
                Kent CC: 11-012242-CZ

ARTHUR PEARSON, SR.,
   Defendant/Counter-Plaintiff-
   Appellant.

_____/

   On April 7, 2016, the Court heard oral argument on the application for leave to appeal the April 23, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016

a0407



         Clerk